UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23 CR 214 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DUSTIN ALEXANDER ISRAEL, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Dustin Alexander Israel, which was referred to the Magistrate Judge with the consent of the parties.

On April 19, 2023, the government filed a 1 count Information against Mr. Israel charging him with Possession with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. § 841 (a)(1) and (b)(1)( C ). Defendant was arraigned on May 10, 2023 before Magistrate Judge Parker, and entered a plea of guilty to count 1of the Information, with a written plea agreement. Magistrate Judge Parker issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Israel is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the

plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Dustin Alexander Israel is adjudged guilty to count 1of the Information, in violation of Title 21 U.S.C. § 841 (a)(1) and (b)(1)( C ).  This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on August 30, 2023, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 5, 2023